People of State of Illinois, Plaintiff-Defendant in Error, v. Milton D. Batchelder and Walter Carter, Jr., Defendants-Plaintiffs in Error.

Gen. No. 9,900. (Abstract of Decision.)

James N. Keefe, for plaintiffs in error; H. David Condron, State's Attorney, and William J. Dieterich, Assistant State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed February 25, 1954; released for publication March 15, 1954.

Paul Hammers, Plaintiff-Appellant, v. The Board of Fire and Police Commissioners of City of Mattoon, Illinois, Defendant-Appellee.

Gen. No. 9,911. (Abstract of Decision.)